**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LOVELAND INDUSTRIES, INC. d/b/a UAP WEST, a Colorado corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>WILBUR-ELLIS COMPANY, a California corporation; DOUGLAS SNYDE, an individual; WILLIAM FRANCIS, an individal; ARMON AZEVEDO, an individual; and DOES 1 through 20, inclusive,<br><br>            Defendants. | No. C 05-0840-SC<br><br>ORDER |

In compliance with California Code of Civil Procedure § 2019(d), Plaintiff is ORDERED to specify, by item, which are the "trade secrets" that it alleges form the basis for Plaintiff's cause of action. Plaintiff has **five (5) days** from the date of this Order to deliver such items to Defendants.

The Defendants and their attorneys shall be under a protective order to review such items for "their eyes only."

**IT IS SO ORDERED.**

Dated: April 22, 2005

                                    /s/ Samuel Conti
                              UNITED STATES DISTRICT JUDGE