```
TIMOTHY J. LONG (State Bar No. 137591)
MICHAEL D. WEIL (State Bar No. 209056)
CHRISTIAN N. BROWN (State Bar No. 233147)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759
```

Attorneys for Defendants
WILBUR-ELLIS COMPANY; DOUGLAS SNYDE;
WILLIAM FRANCIS; AND ARMON AZEVEDO

```
RUBEN A. CASTELLON (State Bar No. 154610)
ROSS H. HIRSCH (State Bar No. 204320)
STANZLER FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Ste. 1700
San Francisco, California 94104
Telephone:   (415) 677-1450
Facsimile:   (415) 677-1476
```

Attorneys for Plaintiff
LOVELAND INDUSTRIES, INC. d/b/a/ UAP WEST

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELAND INDUSTIRES, INC. d/b/a UAP WEST, a Colorado Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>WILBUR-ELLIS COMPANY, a California corporation, DOUGLAS SNYDE, an individual, WILLIAM FRANCIS, an individual, ARMON AZEVEDO, an individual and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.  C 05-00840 SC<br><br>Judge:  Hon. Samuel Conti<br>Courtroom:  1<br><br>Complaint Filed:  February 28, 2005<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATOR** |

1  Plaintiff Loveland Industries, Inc., d/b/a UAP West ("UAP" or "Plaintiff"), by and through
2  its counsel, Stanzler Funderburk & Castellon LLP, and Defendants Wilbur-Ellis Company
3  ("Wilbur-Ellis"), Douglas Snyde ("Snyde"), William Francis ("Francis"), and Armon Azevedo
4  ("Azevedo") (collectively, "Defendants"), by and through their counsel, Orrick, Herrington &
5  Sutcliffe LLP (collectively, "the parties"), present the following stipulation and proposed order.
6  The parties have been ordered by the Court to conduct a mediation before the Court-
7  appointed mediator, Roderick M. Thompson. After discussion and consideration and with all due
8  respect to Mr. Thompson, the parties prefer to conduct a mediation before a private mediator.
9  The parties have selected Judge Edward Infante (Ret.).
10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:
11  The parties will conduct a private mediation with Judge Infante.
12  Dated: August 12, 2005

TIMOTHY J. LONG
MICHAEL D. WEIL
CHRISTIAN N. BROWN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
Michael D. Weil
Attorneys for Defendants
Wilbur-Ellis Company; Douglas Snyde;
William Francis; and Armon Azevedo

Dated: August 12, 2005

RUBEN A. CASTELLON
ROSS H. HIRSCH
STANZLER FUNDERBURK & CASTELLON LLP

By: _____
Ruben A. Castellon
Attorneys for Plaintiff
Loveland Industries, Inc. d/b/a/ UAP West

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti — 8/16/05]

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATOR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED on this ____ day of _____, 2005

_____
Hon. Samuel Conti
United States District Court Judge