UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELAND INDUSTRIES, ET AL., | No. C 05-0840 SC (JL) |
| Plaintiffs, | |
| v. | **BRIEFING ORDER** |
| WILBUR-ELLIS COMPANY, ET AL., | |
| Defendants. | |
| _____/ | |

    The court received the parties letter briefs regarding two discovery disputes. Plaintiffs at Docket # 114 ask the court to order Defendants to designate witnesses under Rule 30(b)(6), Federal Rules of Civil Procedure.  Defendants at Docket # 115 ask the court to order Plaintiff to produce Noral Johnson as a witness under the same rule. The parties are hereby ordered to respond with either a combined letter brief of five pages, or individual letter briefs of two pages each, within one week of receipt of this order. If the court decides that a hearing is necessary, that hearing will be held on November 9, 2005 at 9:30 a.m.

    IT IS SO ORDERED.

DATED: October 5, 2005

_____
JAMES LARSON
United States Chief Magistrate Judge

C-05-0840 BRIEFING ORDER                                      Page 1 of 1