TIMOTHY J. LONG (State Bar No. 137591)
MICHAEL D. WEIL (State Bar No. 209056)
CHRISTIAN N. BROWN (State Bar No. 233147)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California  94105-2669
Telephone:  415-773-5700
Facsimile:  415-773-5759

Attorneys for Defendants
Wilbur-Ellis Company; Douglas Snyde;
William Francis; and Armon Azevedo

RUBEN A. CASTELLON (State Bar No. 154610)
ROSS H. HIRSCH (State Bar No. 204320)
STANZLER FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Ste. 1700
San Francisco, California  94104
Telephone:  (415) 677-1450
Facsimile:  (415) 677-1476

Attorneys for Plaintiff
LOVELAND INDUSTRIES, INC. d/b/a/ UAP WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELAND INDUSTRIES, INC. d/b/a UAP WEST, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR-ELLIS COMPANY, a California corporation; DOUGLAS SNYDE, an individual; WILLIAM FRANCIS, an individual; ARMON AZEVEDO, an individual; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.  C 05 0840 SC<br><br>Judge: Hon. Samuel Conti<br>Courtroom: 1<br><br>Complaint Filed: February 28, 2005<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINE FOR EXPERT DISCLOSURES** |

DOCSSF1:843016.1

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR EXPERT
DISCLOSURES (CASE NO. C 05 0840 SC)

1  Pursuant to Local Rule 6-2(a), Plaintiff Loveland Industries, Inc. and Defendants Wilbur-
2  Ellis Company, Douglas Snyde, William Francis and Armon Azevedo (collectively, "the parties")
3  stipulate as follows:

4  WHEREAS, the Court did not set a separate deadline for the disclosure and exchange of
5  experts and expert reports;

6  WHEREAS, the deadline for disclosure of experts and initial expert reports is set by
7  Federal Rule of Civil Procedure 26(a)(2)(C) for October 11, 2005;

8  WHEREAS, the parties have a mediation scheduled for October 10, 2005, and the parties
9  seek to increase the chances of a successful mediation by focusing on settlement issues and avoid
10  spending potentially unnecessary time and resources on the preparation of experts and expert
11  reports, and considering the trial schedules of counsel for both parties there will be insufficient
12  time for the parties to complete expert reports or expert discovery before the discovery cutoff;

13  WHEREAS, the parties have not sought any previous scheduling changes in this matter;

14  WHEREAS, the parties' stipulation would not affect the trial date scheduled for January
15  9, 2006;

16  IT IS HEREBY STIPULATED by and between the parties to this action through
17  their designated counsel as follows:

18  1.   the last day for disclosure of experts and expert reports shall be continued
19  from October 11, 2005 to October 31, 2005;

20  2.   the last day for disclosure of rebuttal experts and rebuttal reports shall be
21  continued from November 11, 2005 to November 30, 2005; and

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  3. the close of discovery of <u>expert witnesses only</u>, shall be continued from
2  November 9, 2005 to December 19, 2005; and the close of non-expert discovery shall remain
3  November 9, 2005.

Dated: October 4, 2005

TIMOTHY J. LONG
MICHAEL D. WEIL
CHRISTIAN N. BROWN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/
Michael D. Weil
Attorneys for Defendants
Wilbur-Ellis Company; Douglas Snyde;
William Francis; and Armon Azevedo

Dated: October 4, 2005

RUBEN A. CASTELLON
ROSS H. HIRSCH
STANZLER FUNDERBURK & CASTELLON LLP

By: /s/
Ruben A. Castellon
Attorneys for Plaintiff
Loveland Industries, Inc. d/b/a/ UAP West

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

By: /s/
Michael D. Weil
Attorneys for Defendants
Wilbur-Ellis Company; Douglas Snyde;
William Francis; and Armon Azevedo

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED on this  6  day of  October , 2005.

Hon. Samuel Conti
United States District Court Judge

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING DEADLINE FOR EXPERT
DISCLOSURES (Case No. C 05 0840 SC)

DOCSSF1:843016.1