Ruben A. Castellon (SBN 154610)
Ross H. Hirsch (SBN 204320)
STANZLER FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone:   (415) 677-1450
Facsimile:    (415) 677-1476

Attorneys for Plaintiff and Counter-defendant
LOVELAND INDUSTRIES, INC. d/b/a UAP WEST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELAND INDUSTRIES, INC. d/b/a UAP WEST, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR-ELLIS COMPANY, a California corporation, DOUGLAS SNYDE, an individual, WILLIAM FRANCIS, an individual, ARMON AZEVEDO, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 05-00840 SC (JL)<br><br>Judge: Hon. James Larson<br>Courtroom: F<br><br>Complaint Filed: February 28, 2005<br><br>**LOVELAND INDUSTRIES, INC.'S NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF KENNETH CORDELL**<br><br>Date:    October 12, 2005<br>Time:   10:00 a.m.<br>Courtroom: F |

Plaintiff Loveland Industries, Inc. d/b/a UAP West ("UAP"), pursuant to Local Rules including Local Rule 7-7, hereby withdraws its Motion for Protective Order regarding the deposition of Kenneth Cordell presently scheduled for October 12, 2005 at 10:00 a.m. in Courtroom F before the Honorable James Larson.

STANZLER FUNDERBURK & CASTELLON LLP

By: _____
Ruben A. Castellon
Attorneys for Plaintiff LOVELAND INDUSTRIES, INC.

NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER

1  IT IS SO ORDERED ON THIS __11__ day of __October__, 2005
2
3                                                      _____
4                                                      United States Magistrate Judge

