1  TIMOTHY J. LONG (State Bar No. 137591)
   MICHAEL D. WEIL (State Bar No. 209056)
2  CHRISTIAN N. BROWN (State Bar No. 233147)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
3  The Orrick Building
   405 Howard Street
4  San Francisco, California  94105-2669
   Telephone:    415-773-5700
5  Facsimile:    415-773-5759

6  Attorneys for Defendants
   Wilbur-Ellis Company; Douglas Snyde;
7  William Francis; and Armon Azevedo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOVELAND INDUSTRIES, INC. d/b/a UAP WEST, a Colorado corporation, | Case No.  C 05 0840 SC |
|---|---|
| Plaintiff, | **DEFENDANTS DOUGLAS SNYDE, WILLIAM FRANCIS, AND ARMON AZEVEDO'S NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND ANSWER TO ADD COMPULSORY COUNTERCLAIM**  ORDER |
| v. | |
| WILBUR-ELLIS COMPANY, a California corporation; DOUGLAS SNYDE, an individual; WILLIAM FRANCIS, an individual; ARMON AZEVEDO, an individual; and DOES 1 through 20, inclusive, | Date:    October 14, 2005<br>Time:    10:00 a.m.<br>Judge:   The Honorable Samuel Conti |
| Defendants. | |

TO PLAINTIFF LOVELAND INDUSTRIES, INC. d/b/a UAP WEST ("UAP") AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Douglas Snyde, Armon Azevedo and Bill Francis shall and hereby do withdraw their motion for leave to file a compulsory counterclaim against their former employer, Plaintiff UAP, presently scheduled for October 14, 2005, at 10:00 a.m. before the Honorable Samuel Conti.

Dated: October 11, 2005

TIMOTHY J. LONG
MICHAEL D. WEIL
CHRISTIAN N. BROWN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/
Michael D. Weil
Attorneys for Defendants
Wilbur-Ellis Company; Douglas Snyde;
William Francis; and Armon Azevedo

IT IS SO ORDERED ON THIS  12  day of  October , 2005.

_____
The Honorable Samuel Conti
United States District Judge

IT IS SO ORDERED
[Signature]
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCSSF1:844359.1

INDIVIDUAL DEFENDANTS' NOTICE OF WITHDRAWAL OF MOTION FOR LEAVE TO AMEND ANSWER (CASE NO. C 05 0840 SC)