Ruben A. Castellon (SBN 154610)
Ross H. Hirsch (SBN 204320)
STANZLER FUNDERBURK & CASTELLON LLP
180 Montgomery Street, Suite 1700
San Francisco, CA 94104
Telephone:    (415) 677-1450
Facsimile:    (415) 677-1476

Attorneys for Plaintiff and Counter-defendant
LOVELAND INDUSTRIES, INC. d/b/a UAP WEST

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVELAND INDUSTRIES, INC. d/b/a UAP WEST, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILBUR-ELLIS COMPANY, a California corporation, DOUGLAS SNYDE, an individual, WILLIAM FRANCIS, an individual, ARMON AZEVEDO, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 05-00840 SC<br><br>Judge: Hon. Samuel Conti<br>Courtroom: 1<br><br>Complaint Filed: February 28, 2005<br><br>**STIPULATION OF DISMISSAL** |

The parties hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a) that the above-entitled action is hereby dismissed in its entirety with prejudice.

DATED: November 22, 2005

STANZLER FUNDERBURK & CASTELLON LLP

By: _____
RUBEN A. CASTELLON

Attorneys for Plaintiff LOVELAND INDUSTRIES, INC. d/b/a UAP WEST

STIPULATION OF DISMISSAL

DATED: November 22, 2005

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _____
MICHAEL D. WEIL

Attorneys for Defendants WILBUR-ELLIS COMPANY, DOUGLAS SNYDE, WILLIAM FRANCIS, and ARMON AZEVEDO

**IT IS SO ORDERED**
*Judge Samuel Conti*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION OF DISMISSAL